# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ETHEL WILLIAMS,

        Plaintiff,

vs.

PREFERRED CARE WEST II, INC., *et al.*,

        Defendants.

2:15-cv-02394-MMD-CWH

**ORDER**

        Before the court is Defendant's Motion to Reset ENE Session and Waiver of Attendance of Insurance Representative (#15).

        IT IS HEREBY ORDERED that an in-chambers' telephonic hearing on Defendant's Motion to Reset ENE Session and Waiver of Attendance of Insurance Representative (#15) is scheduled for 11:00 a.m., February 19, 2016. The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

        DATED this 16th day of February, 2016.

        CAM FERENBACH
        UNITED STATES MAGISTRATE JUDGE