# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ETHEL WILLIAMS, | |
| Plaintiff, | 2:15-cv-02394-MMD-CWH |
| vs. | **ORDER** |
| PREFERRED CARE WEST II, INC., *et al.*, | |
| Defendants. | |

  Before the court is Defendant's Motion to Reset ENE Session and Waiver of Attendance of Insurance Representative (#15). The court held an in-chambers' telephonic hearing on February 19, 2016 and heard representations from the parties.

  Accordingly,

  IT IS HEREBY ORDERED THAT Defendant's Motion to Reset ENE Session and Waiver of Attendance of Insurance Representative (#15) is granted in part and denied in part. The ENE will proceed as scheduled on March 2, 2016. Defendant's representative, Tiffany A. Fleckenstein, may appear by video conference and must be available for the entire duration of the ENE. Due to better connectivity, the court prefers the Facetime application for video conferencing. Defendant's local administrative representative must be present in person at the ENE.

  DATED this 16th day of February, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE