JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183
jp@kemp-attorneys.com
Attorneys for Plaintiff ETHEL WILLIAMS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\*\*\***

| | |
|---|---|
| ETHEL WILLIAMS, | )<br>) Case No.: 2:15-cv-02394-MMD-CWH |
| PLAINTIFF, | ) |
| VS. | ) |
| | ) |
| PREFERRED CARE WEST II, INC., A DELAWARE CORPORATION, D/B/A/MISSION PINES NURSING AND REHABILITATION CENTER; DOES I-X; AND ROE CORPORATIONS I-X, | ) **STIPULATION AND ORDER OF**<br>) **DISMISSAL WITH PREJUDICE**<br>) **PURSUANT TO FEDERAL RULES**<br>) **OF CIVIL PROCEDURE**<br>) **41(a)(1)(A)(ii)** |
| DEFENDANT. | ) |
| Defendants. | ) |

Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1)(A)(ii), it is hereby STIPULATED by and between Plaintiff, ETHEL WILLIAMS, and Defendant, PREFERRED CARE WEST II, INC., a Delaware Corporation, dba MISSION PINES NURSING AND REHABLITATION CENTER, by and through their respective attorneys of record that the above-entitled action be dismissed in its entirety, with prejudice.

///

///

///

1

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

Each party shall bear her or its own attorney fees and costs except as may have been separately and expressly agreed to by and between the parties.

**IT IS SO STIPULATED.**

Dated this 12th day of July 2017

KEMP & KEMP

By: /s/ James P. Kemp, Esq.
James P. Kemp, Esq.
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Attorneys for Plaintiff

Dated this 12th day of July 2017

FISHER & PHILLIPS LLP

By: /s/ David B. Dornak, Esq.
David B. Dornak, Esq.
300 S. Fourth Street
Suite 950
Las Vegas, Nevada 89101

By: /s/ Arthur V. Lambert
Arthur V. Lambert
500 N. Akard Street, Suite 3550
Dallas, Texas 75201
Attorneys for Defendant

**ORDER**

Good cause appearing therefor,

IT IS SO ORDERED.

DATED: __November 28__, 2017.

_____
UNITED STATES DISTRICT JUDGE